# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LaQUAN PHILLIPS,  )<br>　　　　　　　　　　　　　　　　) <br>　　　　　　　Plaintiff,　　) Case No.  2:10-cv-02068-GMN-GWF<br>　　　　　　　　　　　　　　　　) <br>vs.　　　　　　　　　　　　　　) **ORDER** <br>　　　　　　　　　　　　　　　　) <br>CLARK COUNTY SCHOOL DISTRICT;　) <br>*et al.*,　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>　　　　　　　Defendant.　　　) <br>_____) | |

　　　This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5).  The Order granting the Stipulation and Order Extending Discovery Cutoff and Related Deadlines (#73) filed August 8, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 26, 2012.  There are no dispositive motions pending.  To date, the parties have not complied.  Accordingly,

　　　**IT IS ORDERED** that

　　　　　1.　Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **January 18, 2013**.  Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

 2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 8th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge