# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LaQUAN PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-02068-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CLARK COUNTY SCHOOL DISTRICT; ) *et al.*, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Order granting the Stipulation and Order Extending Discovery Cutoff and Related Deadlines (#73) filed August 8, 2012, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 26, 2012. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **January 18, 2013**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 8th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge